# EXHIBIT B



**GALLENBERG** PC
A PROFESSIONAL LAW CORPORATION
**9701 WILSHIRE BLD. SUITE 1000**
**BEVERLY HILLS, CA 90210**
T. (310) 943-1343 F. (310) 254-0400
WWW.GALLENBERGLAW.COM

LOS ANGELES
355 S. GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
T. (213) 986-8432 F. (213) 254-0400

ROSA I. VIGIL-GALLENBERG ESQ.
E-mail: rosa@gallenberglaw.com

June 15, 2012

<u>Sent Via Mail & E-mail</u>
Attn: Randall S. Meyer
Calli-Trading, LLC
2820 S. Soto Street
Vernon, California 90058
E-mail: randym@callitrading.com

**CEASE AND DESIST DEMAND**

    Re:  Pupusas Acajutla LLC, DBA Five Points Trading v.
        Calli-Trading LLC

Dear Mr. Meyer,

I am the attorney for Luis Castillo and Pupusas Acajutla LLC, DBA Five Points Trading (collectively referred herein as "Acajutla") makers of Salvadoran products, such as "chicharron para pupusas," "queso para pupusas," Salvadoran chorizo, among other Salvadoran food products. As you may know, Acajutla is the owner of U.S. Trademark Registration Nos. 85395861[queso para pupusas] and 85395834 [chicharron para pupusas]

In addition to the marks noted above, Acajutla's products contain a logo and label that distinguishes its products from those of competitors, that logo and label are also owned by Acajutla. As such, the logo/label has become a highly recognized and valuable symbol of the products. Acajutla's logo/label at issue is attached hereto as Exhibit A.

Acajutla has sold products and devoted substantial amounts of money promoting the association between the popular Salvadoran products, on the one hand, and Acajutla, on the other. The product label and its components, including the distinctive text, words, and image, are recognized by consumers and represent some of the most valuable properties owned by Acajutla.

**CEASE AND DESIST DEMAND**

We have recently learned that your company, Calli is using the terms "Queso Para Pupusas", "Chicharron Para Pupusas" and the logo and label of Acajutla in the sale of Salvadoran products which are products made by using Acajutla's recipes, which are also Acajutla's property.

In light your use of Acajutla's marks, and the identical nature of Acajutla's products, we believe that your company's use of the trademarked phrases "Queso Para Pupusas" and "Chicharron Para Pupusas" as well as the logo and label of Acajutla in connection with the sale and marketing of your products is likely to cause confusion, to cause mistake, or to deceive the consuming public as to the source, sponsorship, or affiliation of your products in violation of Acajutla's rights under the Lanham Act and other applicable Federal and State laws.

In addition, your company's use of Acajutla's label and logo is likely to dilute and blur the distinctiveness of Acajutla's logo as well as lessen the capacity of this mark to identify and distinguish the Salvadoran products associated with this mark. As such, your company's use of the marks violate Federal and State anti-dilution laws.

As you may be aware, the remedies available for trademark infringement and dilution routinely include an injunction preventing use of the offending trademark, and potentially a recall of all goods carrying the offending mark. The remedies for trademark infringement and intentional trademark dilution also include liability for damages and payment of profits made from the sale of products featuring the offending mark, and the violator may be required to pay the costs and attorneys' fees of the trademark owner. **In addition, where the infringement is intentional or in willful disregard of the known rights of the trademark owner, <u>damages and profits may be trebled</u>.**

In view of the seriousness of this matter, and for the foregoing reasons, we must demand that Calli agree to: (1) immediately discontinue the sale of the products, and remove the label and logo from any and all products, advertisements, promotions, marketing, and any other materials planned to advertise your Salvadoran products; (2) permanently cease and desist from any use of the trademark "Queso Para Pupusas" and "Chicharron Para Pupusas" and or any other element of the distinctive trade dress of the line of products; (3) cease and desist from any and all other acts of dilution, infringement or unfair competition with Acajutla and (4) provide an accounting of all products you have sold with Acajutla's logo/label and/or with the terms "Queso Para Pupusas" and Chicharron Para Pupusas."

**CEASE AND DESIST DEMAND**

Please provide us with written confirmation by <u>**July 5, 2012**</u> that Calli will comply with the demands above. This letter is not a complete statement of our right in connection with this matter and reserves all of our rights and remedies. We look forward to your cooperation and timely response.

Very truly yours,

*Rosa V. Gallenberg*

GALLENBERG PC
Rosa I. Vigil-Gallenberg
Attorney & President

Cc: Pupusas Acajutla LLC

**EXHIBIT A**

