Douglas Q. Hahn, SBN 257559
 dhahn@stradlinglaw.com
Ahmad Takouche, SBN 322911
 atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

*Attorneys for Plaintiff and Counter-Defendant Five Points Trading Corporation*

Mark J. Payne
 mark.payne@troutman.com
Oscar A. Figueroa
 oscar.figueroa@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

John M. Bowler
 john.bowler@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Ste. 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3190
Facsimile: (404) 962-6513

*Attorneys for Defendant and Counterclaimant Papa Cantella's Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Five Points Trading Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>Supremas, Inc., Papa Cantella's Inc. and Does 1-10,<br><br>     Defendants. | CASE NO. 2:20-cv-09864 FLA (KSx)<br><br>Hon. Fernando L. Aenlle-Rocha<br>Magistrate Judge Karen L. Stevenson<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

-1-
STIPULATION TO DISMISS WITH PREJUDICE
4889-0406-0937v1/106250-0002                                    20-cv-09864

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

| | |
|---|---|
| 1 | AND RELATED COUNTER- |
| 2 | CLAIMS |

IT IS HEREBY STIPULATED by and between Plaintiff Five Points Trading Corporation and Defendant Papa Cantella's Inc., through their respective counsel of record, that the above-captioned action, including all claims, defenses, and counterclaims, be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties request that the Court retain jurisdiction to enforce the terms of their settlement agreement.

With respect to fees and costs that have been incurred in connection with the above-captioned action, each party agrees to bear its own fees and costs.

DATED: January 14, 2022               STRADLING YOCCA CARLSON &
                                      RAUTH A PROFESSIONAL
                                      CORPORATION

                                      By:   */s/ Douglas Q. Hahn*
                                            Douglas Q. Hahn
                                            Ahmad Takouche

                                      Attorneys for Plaintiff and Counter-
                                      Defendant Five Points Trading Corp.

DATED: January 14, 2022               TROUTMAN PEPPER HAMILTON
                                      SANDERS LLP

                                      By:   */s/ John M. Bowler*
                                            John M. Bowler
                                            Mark J. Payne
                                            Oscar A. Figueroa

                                      Attorneys for Defendant and
                                      Counterclaimant Papa Cantella's Inc.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

STIPULATION TO DISMISS WITH PREJUDICE

4889-0406-0937v1/106250-0002                                    20-cv-09864

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to John M. Bowler, counsel for Defendant, and I have obtained his authorization to affix his electronic signature to this document.

                                                                             */s/ Douglas Q. Hahn*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
STIPULATION TO DISMISS WITH PREJUDICE
4889-0406-0937v1/106250-0002                                20-cv-09864